IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RICHARD GENE REES,

      Plaintiff,

vs.                                                     No. CV 21-00079 DHU/JHR

CLOVIS POLICE DEPARTMENT, et al.,

      Defendants.

**ORDER TO SHOW CAUSE**

      This matter is before the Court *sua sponte*. The record reflects that certain mailings to Plaintiff Richard Gene Rees were returned as undelivered (*see* Doc. 12). Curry County Adult Detention Center records indicate that Plaintiff Rees was released from custody on July 29, 2021. It appears that Plaintiff Rees has been transferred or released from custody without advising the Court of his new address, as required by D.N.M. LR-Civ. 83.6, thus severing contact with the Court. Because Plaintiff has failed to comply with the Court's local rules, he will be required to show cause why this action should not be dismissed. *See Bradenburg v. Beaman,* 632 F.2d 120, 122 (10th Cir. 1980) ("It is incumbent on litigants, even those proceeding pro se, to follow the federal rules of procedure. . . The same is true of simple, nonburdensome local rules . . ." (citation omitted)). Failure to comply with this Order may result in dismissal without further notice.

      IT IS THEREFORE ORDERED that, within thirty (30) days from entry of this Order, Plaintiff Richard Gene Rees shall notify the Clerk in writing of his current address or otherwise show cause why this action should not be dismissed.

_____
UNITED STATES MAGISTRATE JUDGE